United States Bankruptcy Court

Northern District of Indiana

| | |
|---|---|
| In re: | Case No. 24-10168-reg |
| Ruth Ann Barnes | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0755-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 11, 2024 | Form ID: B318 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruth Ann Barnes, 321 West 17th Street, Marion, IN 46953-2276 |
| 15758596 | + | Afena Federal CU, 424 N Bradner Ave, Marion, IN 46952-3336 |
| 15758598 | + | Credit Bureau Collection Service, Lake Law Office, 308 South Boots, Marion, IN 46952-4009 |
| 15758599 | + | Credit Bureau of Marion, Attention: Morris Kelsey, 514 South Adams Street, Marion, IN 46953-2069 |
| 15758603 | + | Marion Health, PO Box 1826, Scottsbluff, NE 69363-1826 |
| 15758604 | + | Medical Associates of Grant, 610 N River Dr, Marion, IN 46952-2649 |
| 15758613 | + | World Finance Corp, 3306 S Western Ave, Marion, IN 46953-4201 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: INDWDBankruptcy@dwd.IN.gov | Jun 12 2024 01:04:00 | Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204 |
| cr | + | EDI: AGFINANCE.COM | Jun 12 2024 04:43:00 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15758597 | + | EDI: ATTWIREBK.COM | Jun 12 2024 04:43:00 | AT & T Wireless, Po Box 6416, Carol Stream, IL 60197-6416 |
| 15758600 | | Email/Text: bankruptcy@frost-arnett.com | Jun 12 2024 01:04:00 | Frost-Arnett Company, Po Box 198988, Nashville, TN 37219 |
| 15760269 | + | Email/Text: treasurer@grantcounty.net | Jun 12 2024 01:05:00 | Grant County Treasurer, Grant County Complex, 401 South Adams, Suite A218, Marion IN 46953-2037 |
| 15758601 | + | Email/Text: bankruptcy@curo.com | Jun 12 2024 01:07:00 | Heights Finance Corporation, PO Box 694, Marion, IN 46952-0694 |
| 15760270 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jun 12 2024 01:07:00 | Indiana Department of Revenue, Bankruptcy Section, 100 North Senate Avenue, N240, Indianapolis IN 46204 |
| 15758602 | + | Email/Text: Bankruptcy@LLOYDMC.COM | Jun 12 2024 01:07:00 | Lloyd & McDaniel , PLC, PO Box 23200, Louisville, KY 40223-0200 |
| 15758606 | | Email/Text: EBN@Mohela.com | Jun 12 2024 01:04:00 | MOHELA/Dept of Ed, 633 Spirt Drive, Chesterfield, MO 63005 |
| 15758605 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2024 01:05:00 | Midland Funding LLC, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 15758608 | + | EDI: AGFINANCE.COM | Jun 12 2024 04:43:00 | One Main, 3016 S western Ave, Ste B, Marion, IN 46953-3964 |
| 15758607 | + | EDI: AGFINANCE.COM | Jun 12 2024 04:43:00 | One Main, 3016-B South Western Ave, Marion, IN 46953-3964 |
| 15758609 | | Email/Text: ksoto@pandbcapitalgroup.com | Jun 12 2024 01:04:00 | P&B Capital Group LLC, 455 Center Rd, West Seneca, NY 14224 |
| 15758611 | | EDI: PRA.COM | | |

| | | |
|---|---|---|
| District/off: 0755-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 11, 2024 | Form ID: B318 | Total Noticed: 23 |

| | | | |
|---|---|---|---|
| | | Jun 12 2024 04:43:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 15758610 | + Email/Text: ruth.albright@marionhealth.com | | |
| | | Jun 12 2024 01:07:00 | Physicians Billing of MGH, 330 North Wabash Ave, G-20, Marion, IN 46952-2605 |
| 15758612 | + Email/Text: counsel@rcranelaw.com | | |
| | | Jun 12 2024 01:05:00 | Robert Crane & Associates, LLC, 916 Main St, PO Box 151684, Anderson, IN 46015-1684 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Thomas Sees | on behalf of Debtor 1 Ruth Ann Barnes sees@seeslaw.com  seesjr85896@notify.bestcase.com |
| Mark A. Warsco | bankruptcy@rlwlawfirm.com  mwarsco@ecf.epiqsystems.com;IN67@ecfcbis.com;cwitters@rlwlawfirm.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ruth Ann Barnes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3858<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Northern District of Indiana | |
| Case number: | 24–10168–reg | |

## Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ruth Ann Barnes

6/10/24                                             **By the court:**   Robert E. Grant
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2