United States Bankruptcy Court
Northern District of Indiana

In re:                                                                      Case No. 24-10168-reg
Ruth Ann Barnes                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0755-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 619 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruth Ann Barnes, 321 West 17th Street, Marion, IN 46953-2276 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2024                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Thomas Sees | on behalf of Debtor 1 Ruth Ann Barnes sees@seeslaw.com  seesjr85896@notify.bestcase.com |
| Mark A. Warsco | bankruptcy@rlwlawfirm.com  mwarsco@ecf.epiqsystems.com;IN67@ecfcbis.com;cwitters@rlwlawfirm.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

In Re: Debtor(s) (name(s) and address)
Ruth Ann Barnes
xxx−xx−3858
321 West 17th Street
Marion, IN 46953

)
)
)
) Case Number: 24−10168−reg
)
)
)
)
)
) Chapter: 7
)
)
)
)
)

## ORDER APPROVING FINAL ACCOUNT, DISCHARGING TRUSTEE AND CLOSING CASE

    The Trustee having filed the Final Report and Account, and having certified that the estate has been fully administered, and no objections having been filed thereto by the U.S. Trustee, or a party in interest, within 30 days pursuant to Fed. R. BK. P. 5009, the Court finds that this estate has been fully administered. It is therefore,

    ORDERED, that the Final Report and Account of the Trustee is hereby approved, the Trustee of the above estate, along with the surety, is hereby discharged from any further liability or responsibility, except any liability which may have occurred during the time as any surety was in effect as to this estate, and the estate is hereby closed pursuant to 11 U.S.C. Section 350(a).

Dated: June 26, 2024 .

Robert E. Grant
_____
Judge, United States Bankruptcy Court

Document No. 15